BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED
JUL 12 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____J. HELLINGS_____

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:12 CR 00213 - AWI DLB |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE; ORDER TO SEAL |
| v. | |
| ELISEO JARA, JR., SERGIO JARA, ANTONIO PEREZ-MARCIAL, LUCIA YOLANDA CHAVEZ, ARLENE JEANETTE MOJARDIN, CANDACE SHANTEL GONZALES, JOSEPH SHAWN CHAVEZ, JR., MELISSA ROCHELLE JARA, and RICARDO FABIAN SALINAS, | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 12, 2012, charging violations of 18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud), 18 U.S.C. § 1344 (Bank Fraud), 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), and 18 U.S.C. §§ 1957 and 2 (Money Laundering and Aiding and Abetting), be kept

1  secret until the defendants named in the Indictment are either in
2  custody or have been given bail on these offenses; and further order
3  that until such time as the defendants are in custody or have been
4  given bail, that no person shall disclose the finding of the
5  Indictment or any warrants issued pursuant thereto, except when
6  necessary for the issuance and execution of the warrants.

7  DATED: July 12, 2012

        Respectfully submitted,

        BENJAMIN B. WAGNER
        United States Attorney

By: _____
    KIRK E. SHERRIFF
    HENRY Z. CARBAJAL
    Assistant U.S. Attorney


IT IS SO ORDERED this 12 day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

2