BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12-cr-0213 AWI DLB |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER MODIFYING CONDITIONS OF |
| v. | ) PRE-TRIAL RELEASE AS TO |
| | ) DEFENDANT |
| ELISEO JARA, JR., | ) ELISEO JARA, JR. |
| SERGIO JARA, | ) |
| ANTONIO PEREZ-MARCIAL, | ) |
| LUCIA YOLANDA CHAVEZ, | ) |
| ARLENE JEANETTE MOJARDIN, | ) |
| CANDACE SHANTEL GONZALES, | ) |
| JOSEPH SHAWN CHAVEZ, JR., | ) |
| MELISSA ROCHELLE JARA, and | ) |
| RICARDO FABIAN SALINAS, | ) |
| Defendants. | ) |

Defendant ELISEO JARA, Jr., by and through his counsel of record Carl M. Faller, and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate to, and request that the Court order, the modification of the conditions of pre-trial release as to defendant Eliseo Jara, Jr. as follows:

1.  Defendant Eliseo Jara, Jr. is released on a $100,000 secured property bond, secured by the real property located at 4201 Oceanwood St., Bakersfield, CA 93309, which is owned by defendant

Eliseo Jara, Jr. and his wife.  A $100,000 property bond utilizing the equity in this property shall be forfeited upon the failure of defendant Eliseo Jara, Jr. to appear as required or to abide by any of the conditions of his release.

2. The condition that the defendant "shall not be employed in any capacity related to the real estate industry" shall be removed and replaced with the condition that the defendant "shall not apply for, or obtain, any real estate loan, or purchase or sell any real estate, and shall not engage in any activities related to mortgage brokering or lending, or real estate brokering, without the advance approval of the Pretrial Services Officer."

3. All other previously-ordered terms and conditions of release, not in conflict, shall remain in full force and effect.

IT IS SO STIPULATED.

```
DATED:  Aug. 30, 2012              BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ Kirk E. Sherriff
                                   KIRK E. SHERRIFF
                                   HENRY Z. CARBAJAL III
                                   Assistant U.S. Attorneys


DATED:  Aug. 30, 2012         By:  /s/ Carl M. Faller
                                   (authorized on 8/29/12)
                                   CARL M. FALLER
                                   Attorney for defendant
                                   ELISEO JARA, JR.
```

**ORDER**

IT IS SO ORDERED.

Dated:  **August 30, 2012**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

2