1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )   CASE NO.: 1:12-cr-0213 AWI DLB
11                                  )
                 Plaintiff,         )   STIPULATION AND
12                                  )   ORDER MODIFYING CONDITIONS OF
             v.                     )   PRE-TRIAL RELEASE AS TO
13                                  )   DEFENDANT
   ELISEO JARA, JR.,                )   ELISEO JARA, JR.
14 SERGIO JARA,                     )
   ANTONIO PEREZ-MARCIAL,           )
15 LUCIA YOLANDA CHAVEZ,            )
   ARLENE JEANETTE MOJARDIN,        )
16 CANDACE SHANTEL GONZALES,        )
   JOSEPH SHAWN CHAVEZ, JR.,        )
17 MELISSA ROCHELLE JARA, and       )
   RICARDO FABIAN SALINAS,          )
18                                  )
                 Defendants.        )
19                                  )

20

21      Defendant ELISEO JARA, Jr., by and through his counsel of record

22 Carl M. Faller, and plaintiff the United States of America, by and

23 through its counsel of record, hereby agree and stipulate to, and

24 request that the Court order, the modification of the conditions of

25 pre-trial release as to defendant Eliseo Jara, Jr. as follows:

26      1.   Defendant Eliseo Jara, Jr. is released on a $100,000

27 secured property bond, secured by the real property located at 4201

28 Oceanwood St., Bakersfield, CA 93309, which is owned by defendant

1  Eliseo Jara, Jr. and his wife.  A $100,000 property bond utilizing
2  the equity in this property shall be forfeited upon the failure of
3  defendant Eliseo Jara, Jr. to appear as required or to abide by any
4  of the conditions of his release.
5       2.   The condition that the defendant "shall not be employed in
6  any capacity related to the real estate industry" shall be removed
7  and replaced with the condition that the defendant "shall not apply
8  for, or obtain, any real estate loan, or purchase or sell any real
9  estate, and shall not engage in any activities related to mortgage
10 brokering or lending, or real estate brokering, without the advance
11 approval of the Pretrial Services Officer."
12      3.   All other previously-ordered terms and conditions of
13 release, not in conflict, shall remain in full force and effect.
14      IT IS SO STIPULATED.

DATED:  Aug. 30, 2012            BENJAMIN B. WAGNER
                                 United States Attorney

                             By: /s/ Kirk E. Sherriff
                                 KIRK E. SHERRIFF
                                 HENRY Z. CARBAJAL III
                                 Assistant U.S. Attorneys


DATED:  Aug. 30, 2012        By: /s/ Carl M. Faller
                                 (authorized on 8/29/12)
                                 CARL M. FALLER
                                 Attorney for defendant
                                 ELISEO JARA, JR.


**ORDER**

IT IS SO ORDERED.

Dated:  **August 30, 2012**                    **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

2