1  CARL M. FALLER  SBN: 70788
   FALLER LAW FIRM
2  Post Office Box 912
   Fresno, CA 93714
3  Telephone:  559-226-1534
   Fax:  559-412-4746
4  carl.faller@fallerdefense,com

5  Attorney for Defendant
   ELISEO JARA, JR.
6

7

8               **IN THE UNITED STATED DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,        ) Case No.:  1:12-cr-00213 AWI DLB
                                      )
12 |         Plaintiff,                ) STIPULATION TO CONTINUE INITIAL
                                      ) APPEARANCE ON PETITION FOR
13 |    vs.                            ) VIOLATION OF SUPERVISED RELEASE;
                                      ) ORDER
14 | ELISEO JARA, JR.,                 )
                                      )
15 |         Defendant.                )

16         Defendant Kenneth Eliseo Jara, Jr., by and through his attorney of record, Carl M. Faller,

17  and the United States of America, by and through its attorney of record, Benjamin B. Wagner,

18  United States Attorney, and Kirk Sherriff, Assistant U.S. Attorney, hereby agree and stipulate as

19  follows:

20         This matter is currently set for an initial appearance on a petition for violation of

21  supervised release on September 17, 2012 at 2:30 pm, before the Honorable Jennifer L.

22  Thurston, United States Magistrate Judge.  It is the mutual desire of the parties that the matter be

23  continued until October  3, 2012, at 1:30 pm, and that the matter be handled in Fresno, before the

24  Honorable Gary S. Austin, United States Magistrate Judge.

25

26  Dated:  September 25, 2012                /s/Carl M. Faller
                                              CARL M. FALLER
27                                            Attorney for Defendant

28

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  September 25, 2012 | By  /s/Kirk Sherriff<br>KIRK SHERRIFF<br>Assistant U.S. Attorney<br>Attorney for United States of America |

**ORDER**

Based upon the stipulation of counsel, the Court **ORDERS:**

1. The stipulation to continue the initial appearance on the petition for violation of supervised release from September 27, 2012, at 2:30 p.m. before the Honorable Jennifer L. Thurston to October 3, 2012 at 1:30 pm before the Honorable Gary S. Austin, is **GRANTED**.

IT IS SO ORDERED.

Dated:   **September 26, 2012**              /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE