HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ANTONIO PEREZ-MARCIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00213 AWI-BAM-3 |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| vs. | |
| ELISEO JARA, JR., et al. | DATE: January 13, 2014 |
| | TIME:   1:00 p.m. |
| *Defendants.* | JUDGE: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kirk Sherriff, counsel for plaintiff, and Assistant Federal Defender, Jeremy Kroger, counsel for defendant, Antonio Perez-Marcial; Attorney Carl Faller, counsel for Eliseo Jara, Jr., Sergio Jara and Melissa R. Jara; Attorney David A. Torres, counsel for Candace S. Gonzales; Attorney Anthony Capozzi, counsel for Lucia Yolanda Chavez; and Attorney Edward Marshall Hodgkins counsel for Arlene J. Mojardin, that the status conference hearing set for November 25, 2013 before Magistrate Judge Barbara McAuliffe, **may be rescheduled to January 13, 2014.**

/ / /

The parties jointly request this continuance in order to continue negotiations and investigations. The requested continuance will conserve time and resources for counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

                                                      BENJAMIN B. WAGNER
                                                     United States Attorney

Dated:  November 19, 2013            */s/ Kirk Sherriff*
                                                     KIRK SHERRIFF
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff

                                                     HEATHER E. WILLIAMS
                                                     Federal Defender

Dated:  November 19, 2013            */s/ Jeremy Kroger*
                                                     JEREMY S. KROGER
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     ANTONIO PEREZ-MARCIAL

Dated: November 19, 2013             */s/ Carl Faller*
                                                     CARL FALLER
                                                     Attorney for Defendants
                                                     ELISEO JARA and SERGIO JARA
                                                     MELISSA ROCHELLE JARA

Dated: November 19, 2013             */s/ David Torres*
                                                     DAVID A. TORRES
                                                     Attorney for Defendant
                                                     CANDACE SHANTEL GONZALES

Dated: November 19, 2013             */s/ Anthony Capozzi*
                                                     ANTHONY CAPOZZI
                                                     Attorney for Defendants
                                                     LUCIA YOLANDA CHAVEZ
                                                     JOSEPH S. CHAVEZ, JR.

Dated:  November 19, 2013         /s/ *Edward Hodgkins*
                                  EDWARD M. HODGKINS
                                  Attorney for Defendant
                                  ARLENE J. MOJARDIN

# O R D E R

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).    The Status Conference hearing set for November 25, 2013 before Magistrate Judge Barbara McAuliffe, **is continued to January 13, 2014 at 1:00 P.M.  before Judge McAuliffe.**

IT IS SO ORDERED.

Dated:   **November 19, 2013**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

JARA, JR., et al. / Stipulation to Continue          2