CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-679-4999
carl.faller@fallerdefense.com

Attorney for Defendants
SERGIO JARA, ELISEO JARA, JR.,
MELISSA ROCHELLE JARA

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SERGIO JARA, ELISEO JARA, JR., and<br>MELISSA ROCHJELLE JARA<br><br>　　　　Defendant. | Case No.: 1:12-cr-00213-AWI-BAM<br><br>STIPULATION AND ORDER<br>TO CONTINUE SENTENCING<br><br>Date:  June 22, 2015<br>Time:  10:00 am<br>Honorable Anthony W. Ishii |

　　　This matter is currently set for sentencing on June 22, 2015, at 10:00 am.  The parties have agreed and stipulated that the sentencing hearing be continued to September 14, 2015, at 10:00 am.

　　　The reason for the continuance is that the interviews of the defendants were not completed until May 21, 2015, due to illness and other scheduling complications.  Now that the interviews have been completed, additional time is necessary for the probation officer to complete the resentence reports and for necessary submissions to be made to the court concerning sentencing.

///

///

///

Part of the reason for the length of the continuance is that defense counsel has family medical matters that will occur in July and August.

Dated:  June 2, 2015                               /s/ Carl M. Faller
                                                   CARL M. FALLER
                                                   Attorney for Defendants
                                                   Sergio Jara, Eliseo Jara, Jr., and
                                                   Melissa Rochelle Jara


                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

Dated:  June 2, 2015
                                                   /s/Kirk Sherriff
                                                   KIRK SHERRIFF
                                                   Assistant U.S. Attorney
                                                   Attorney for United States of America


## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing in this matter be continued from June 22, 2015, to **Tuesday, October 13, 2015**, at 10:00 am in Courtroom 2 before Senior District Judge Anthony W. Ishii.


IT IS SO ORDERED.

Dated:   June 5, 2015                              _____
                                                   SENIOR  DISTRICT  JUDGE