1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL III
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:   (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                 IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11                                    CASE NO.  1:12-CR-00213-AWI
   UNITED STATES OF AMERICA,
12                                    PRELIMINARY ORDER OF FORFEITURE
                           Plaintiff,
13
               v.
14
   ELISEO JARA, JR.,
15
                           Defendant.
16

17

18        Based on the plea agreement entered between Plaintiff United States of America

19  and defendant Eliseo Jara, Jr., it is hereby ORDERED, ADJUDGED, AND DECREED as

20  follows:

21        1.  Pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), 981(a)(1)(D), 982(a)(1),

22  982(a)(2), 28 U.S.C. § 2461, and Fed.Crim. P. 32.2(b)(1), defendant Eliseo Jara, Jr.'s

23  interest in the following property shall be condemned and forfeited to the United States, to

24  be disposed of according to law:

25        1.  Real Property Located at 1104 Potomac Avenue, Bakersfield, Kern County,
              California, APN:018-073-22;
26
          2.  Real Property Located at 131 S. Owens Street, Bakersfield, Kern County,
27            California, APN:018-270-36;

28        3.  Real Property Located at 415 S. Haley Street, Bakersfield, Kern County,

California, APN: 019-072-17;

4. Real Property Located at 423 Powell Lane, Bakersfield, Kern County, California, APN: 019-241-26;

5. Real Property Located at 416 Williams Street, Bakersfield, Kern County, California, APN: 019-082-04-00;

6. Real Property Located at 1413 Monterey Street, Bakersfield, Kern County, California, APN:015-310-04;

7. 2007 Lexus GS350, California License Number 6EYY317, VIN: JTHBE96S670025923;

8. Approximately $110,419.28 in United States Currency seized from Bank of the Sierra Account Number 1600833280 (Bank of the Sierra Cashier's Check #310062); and

9. A personal forfeiture money judgment in the amount of $5,664,250.00

2. The above-listed assets represent any property real or personal, derived from, or traceable to, any proceeds obtained directly or indirectly from the commission of a violation of 18 U.S.C. §1349 or used or intended to be used to facilitate, the commission of said violation.

3. Pursuant to Rule 32.2(b), the Attorney General (or designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Treasury in their secure custody and control.

4. a. Pursuant to 18 U.S.C. §982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the Order of Forfeiture. Notice of this Order and notice of the Attorney General's (or designee's) intent to dispose of the property in such a manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the

Preliminary Order of Forfeiture                    2

official government forfeiture site, or within thirty (30) days from receipt of direct notice, whichever is earlier.

5.     If a petition is filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), 981(a)(1)(D), 982(a)(1), 982(a)(2), 28 U.S.C. § 2461, and Fed.Crim. P. 32.2(b)(1), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: __October 5, 2015__         _____
                                   SENIOR  DISTRICT  JUDGE