IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00213-AWI |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| ELISENO JARA, JR., SERGIO JARA, ANTONIO PEREZ-MARCIAL, LUCIA YOLANDA CHAVEZ, ARLENE JEANETTE MOJARDIN, CANDACE SHANTEL GONZALES, JOESPH SHAWN CHAVEZ, JR., MELISS ROCHELLE JARA, AND RICHARDO FABIAN SALINAS, | |
| Defendants. | |

EverBank has filed a petition for determination of its interest in the real property at 1213 Monterey Street, Bakersfield, Kern County, California 93305 ("the Property"). EverBank has submitted a promissory note and deed of trust tending to indicate that it may hold or have held an interest in the Property.

Preliminary orders of forfeiture as to the Property were entered on October 5, 2015 against Eliseo Jara, Jr., Sergio Jara, Lucia Yolanda Chavez, and Melissa Rochelle Jara. Those orders all required the United States to publish notice of the preliminary order of forfeiture to the government forfeiture site located at www.forfeiture.gov and, to the extent practicable, to

provide direct written notice to any person known to have alleged an interest in the property subject to forfeiture. Docs. 275-277, 279; 21 U.S.C. 853(n)(1). That notice was required to state that any third-party asserting a legal interest in the property subject to forfeiture was required to file a petition with the Court within sixty (60) days from the first date of publication of the notice of forfeiture posted on the government site or thirty (30) days of receipt of direct notice, whichever is earlier. 21 U.S.C. 853(n)(1). Those preliminary orders of forfeiture have all been made final. *See* Docs. 286-288, 293.

The Court's docket does not contain any evidence of when the notices of forfeiture were published or whether EverBank (or its predecessors in interest or any other known lienholders) were ever served with notice of the forfeiture. The Government is ordered to submit a response to EverBank's petition within twenty-one (21) days of the date of this order. EverBank may submit a reply within thirty-five (35) days of this order or fourteen (14) days of the Government's response, whichever comes first. After briefing is submitted, the Court will rule on the petition or, if necessary, will schedule a hearing. The motion hearing set for March 7, 2016 is vacated.

IT IS SO ORDERED.

Dated: __January 29, 2016__         _____
                                     SENIOR DISTRICT JUDGE