BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00213 AWI-BAM |
| Plaintiff, | STIPULATION TO RETURN ITEMS SEIZED PURSUANT TO SEARCH WARRANTS; FINDINGS AND ORDER |
| v. | |
| ELISEO JARA, JR., SERGIO JARA, MELISSA JARA, CANDACE GONZALES, and RICARDO SALINAS, | COURT: Hon. Anthony W. Ishii |
| Defendants. | |

**STIPULATION**

The parties through their respective counsel hereby agree and stipulate as follows:

1. On May 7, 2012, United States Magistrate Judge Jennifer L. Thurston signed a search warrant which permitted the search of 4201 Oceanwood Street, Bakersfield, California, the residence of Eliseo Jara, Jr., and permitted the seizure of specified items therein. On that date, Judge Thurston also signed a search warrant which permitted the search of 8105 Rockhampton Drive, Bakersfield, California, the residence of Sergio Jara and Melissa Jara, and permitted the seizure of specified items therein.

2. On May 9, 2012, the search warrants were served at 4201 Oceanwood Street, Bakersfield, California, and 8105 Rockhampton Drive, Bakersfield, California, respectively.

3. Among other items seized during execution of the search warrant, on May 9, 2012, law enforcement officers seized the following documentary items from 8105 Rockhampton Drive, Bakersfield, California, designated by FBI inventory numbers:

   a. 1B-1:  Financial documents; 1 CD, bank, loan and financial documents,
   b. 1B-2:  12 CDs marked "no down payment,"
   c. 1B-3:  Property papers, business card with writing, Chase receipts,
   d. 1B-4:  Bill of sale, car paperwork, 2 property files, Sprint business phone paperwork, receipt book,
   e. 1B-5:  Safe deposit notice, 2 Chase receipts, LLC deposit slip,
   f. 1B-6:  Contact book, correspondence notes, receipts, safe receipt, business papers,
   g. 1B-7:  2009 rental properties binder, 2008 binder, 2008 binder docs, 2010 binder docs, 2009 binder docs,
   h. 1B-8:  2009 and 2010 box - property records, and
   i. 1B-9:  Financial documents.

4. Among other items seized during execution of the search warrant, on May 9, 2012, law enforcement officers seized the following documentary items from 4201 Oceanwood Street, Bakersfield, California, designated by FBI inventory numbers:

   a. 1B-10: Bank records Owkins LLC, Eliseo Jara Jr., and JLE, and Binder labeled property expenses 2006,
   b. 1B-11: Property records 7912 Latham St, 8000 Latham St, and Paragon Home Mortgage records,
   c. 1B-12: Property expense records, and bank records for Blossom Grove Partners, Monica Street LLC, etc.,
   d. 1B-13: Real estate and financial documents pertaining to Attachment B,
   e. 1B-14: Incorporation records for Owkins LLC and JLE Holdings LLC, and property expense records,
   f. 1B-15: Eliseo and Lisa Jara reconciliation summary, CPA statement, Chase receipt, purchase contract, Declaration of Homestead, BOA checks, R.E. license application, bank statements, investment property records, credit card statements,
   g. 1B-16: Credit card statements and Eliseo Jara, Lisa Jara reconciliations,

        h.      1B-17: Bank records for Owkins, JLE Holdings LLC, expenses, and

        i.      1B-18: Chase bank envelopes.

5. On March 16, 2015, Eliseo Jara, Jr. pleaded guilty to conspiracy to commit bank fraud, mail fraud and wire fraud, which was count one of a July 12, 2012 indictment filed against him and seven other co-defendants. On October 13, 2015, Eliseo Jara, Jr. was sentenced to serve 78 months in prison. His surrender date to the Bureau of Prisons is February 8, 2016.

6. On March 16, 2015, Sergio Jara pleaded guilty to conspiracy to commit bank fraud, mail fraud and wire fraud, which was count one of a July 12, 2012 indictment filed against him and seven other co-defendants. On October 13, 2015, Sergio Jara was sentenced to serve 78 months in prison. His surrender date to the Bureau of Prisons is February 8, 2016.

7. On March 16, 2015, Melissa Jara pleaded guilty to wire fraud, which was count twenty-two of a July 12, 2012 indictment filed against her and seven other co-defendants. On October 13, 2015, Melissa Jara was sentenced to time-served.

8. Eliseo Jara, Jr. has requested return of seized items 1B-10 through 1B-18 listed above that were seized from his residence on May 9, 2012 before he surrenders to the Bureau of Prisons, in order to resolve some personal business.

9. Sergio Jara and Melissa Jara have requested return of seized items 1B-1 through 1B-9 listed above that were seized from their residence on May 9, 2012 before Sergio Jara surrenders to the Bureau of Prisons, in order to resolve some personal business.

10. Of the eight defendants charged in the July 12, 2012 indictment in the above-captioned case, all eight pleaded guilty to various charges. Only two defendants, Ricardo Salinas and Candace Gonzales, are pending sentencing.

11. Ricardo Salinas and Candace Gonzales, each through counsel, do not object to the return of the above-listed items to co-defendants Eliseo Jara, Jr., Sergio Jara and Melissa Jara.

12. The parties agree to the return of the seized items listed above on the following conditions:

        a. The Government can retain copies of the seized documentary items.

        b. In the event that information from the seized documents is sought to be introduced into evidence at any post-conviction or sentencing proceeding for any co-defendant, the defendants will make no objection to the United States' introduction of the copied

STIPULATION RE RETURN OF SEARCH WARRANT ITEMS      3

information, as opposed to the original seized documents, which will then be in the possession of Eliseo Jara, Jr., Sergio Jara and/or Melissa Jara

   c. The original seized items 1B-1 through 1B-9 will be returned to Sergio Jara and/or Melissa Jara personally or through their counsel or other designee.

   d. The original seized items 1B-10 through 1B-18 will be returned to Eliseo Jara, Jr. personally or through his counsel or other designee

So Stipulated and Agreed.

Respectfully submitted,

Dated: February 2, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ HENRY Z. CARBAJAL III
HENRY Z. CARBAJAL III
Assistant United States Attorney

Dated: February 2, 2016

/s/ Carl M. Faller
CARL M. FALLER
Counsel for Defendants
ELISEO JARA, JR.
SERGIO JARA
MELISSA JARA

Dated: February 2, 2016

/s/ John F. Garland
JOHN F. GARLAND
Counsel for Defendant
RICARDO SALINAS

Dated: February 2, 2016

/s/ David Torres
DAVID TORRES
Counsel for Defendant
CANDACE GONZALES

IT IS SO ORDERED.

Dated:  February 3, 2016

_____
SENIOR DISTRICT JUDGE

STIPULATION RE RETURN OF SEARCH WARRANT ITEMS     4