CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-679-4999
carl.faller@fallerdefense,com

Attorney for Defendant
ELISEO JARA, JR.

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-000213 AWI |
| Plaintiff, | AMENDED REQUEST FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE AND ORDER |
| vs. | |
| ELISEO JARA, JR., | |
| Defendant. | |

On December 13, 2012, a deed of trust was filed with the court to secure the release of the above-named defendant as follows:

   Owners of Record and Trustors:  Eliseo Jara, Jr. and Lisa S. Jara

   APN:  403-131-14

   Deed of Trust No.: 0212170899, Docket number 114

   Amount Secured:  $100,000

The case has concluded as to this defendant and he surrendered on February 8, 2016 to begin serving his sentence as ordered by the court.

Based on the above, the defendant requests this court to enter an order providing for the exoneration of the property bond and the reconveyance of the Deed of Trust described above.

///

Dated:  March 16, 2016                                      Respectfully submitted,


                                                             /s/ Carl M. Faller
                                                             CARL M. FALLER
                                                             Attorney for Defendant

ORDER:

   It is hereby ORDERED that the property bond described above is hereby exonerated, and Deed of Trust described above, Document No. 114 in the record of this case, be reconveyed since the case has concluded as to this defendant and he has surrendered to serve his sentence as ordered by the court.

IT IS SO ORDERED.

Dated:   March 22, 2016                          _____
                                                 SENIOR  DISTRICT  JUDGE